IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BENJAMIN DAWSON**, | C09-783 SI |
| Petitioner, | **ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER** |
| v. | |
| **KELLY HARRINGTON**, Warden | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including July 28, 2009, to file an answer to the petition for writ of habeas corpus.

DATED: _____

SUSAN ILLSTON
United States District Judge

ORDER GRANTING FIRST ENLARGEMENT OF TIME TO FILE ANSWER - C09-783 SI