TARA SELVER, Cal. Bar #153373
3110 Judson St., PMB 60
Gig Harbor, WA 98335
Ph/fax: 253 265-6866
e-mail: mstaraselver@comcast.net

Attorney for Petitioner
Benjamin Dawson

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **BENJAMIN DAWSON** | ) | C 09-783 SI |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | PETITIONER'S MOTION TO FILE |
| | ) | AMENDED MEMORANDUM OF POINTS |
| | ) | AND AUTHORITIES IN SUPPORT OF |
| | ) | TRAVERSE TO ANSWER TO PETITION |
| | ) | FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| | ) | |
| **Kelly Harrington.,** | ) | |
| Warden, Kern Valley State Prison | ) | |
| | ) | |
| Respondent. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that petitioner is granted leave to file an amended Memorandum of Points and Authorities in Support of Traverse to Answer to Petition for Writ of Habeas Corpus.

Dated:_____

_____
Susan Illston
United States District Judge