**United States District Court**
For the Northern District of California

1
2
3
4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5
6
7
8

BENJAMIN DAWSON,                                   No. C 09-783 SI

              Petitioner,                        **JUDGMENT**

9
  v.
10

KELLY HARRINGTON, WARDEN

11
             Respondent.
12                                                          /

13
14          The Court has denied the petition for a writ of habeas corpus.  Judgment is entered accordingly.

15
16          **IT IS SO ORDERED AND ADJUDGED.**

17   Dated: December 20, 2010                              _____

18                                                          SUSAN ILLSTON
                                                           United States District Judge

19
20
21
22
23
24
25
26
27
28