IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN DAWSON,

        Petitioner,

  v.

KELLY HARRINGTON, WARDEN

        Respondent.
                                    /

No. C 09-783 SI

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

    Petitioner has filed a notice of appeal of this Court's judgment in favor of respondent. The Court does not issue a certificate of appealability because petitioner has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2). The Clerk shall forward to the Court of Appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

**IT IS SO ORDERED.**

Dated: March 23, 2011

                                                SUSAN ILLSTON
                                                United States District Judge